

**SO ORDERED,**

*Judge Jason D. Woodard*

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI**

In re: Arthadius La-Earl Dudley                                                                 CHAPTER 13
    Debtor                                                                                 CASE NO. 18-11634-JDW

### AGREED ORDER ON OBJECTION TO PLAN [Dkt #15]

**CAME BEFORE THIS COURT** on Objection of VW Credit, Inc. ("Objector"), to Debtor's Chapter 13 Plan, and the Court being fully advised in the premises and based upon the agreement of the parties, does hereby find and order as follows:

1. Objector holds a claim against Debtor, which is secured by a 2017 Volkswagen Passat, VIN: 1VWDT7A31HC063562 ("Property") in which Debtor possesses an interest as evidenced by a written lease ("Lease"). Objector is the lessor under the Lease, and Debtor is the lessee.

2. Debtor's proposed Chapter 13 Plan elects to assume the Lease.

3. The parties have agreed to reject Objector's Lease.

3. The parties have agreed to amend the proposed Chapter 13 Plan to reject the Lease, and surrender possession of the Property to Objector.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Debtor hereby rejects the Lease with Objector.

**IT IS FURTHER ORDERED AND ADJUDGED** that any figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

\* \* \* END OF ORDER \* \* \*

Agreed and Approved by:


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Robert H. Lomenick, Jr. (w/permission CB)
Robert H. Lomenick, Jr.
Attorney for Debtor


/s/ Jeff Collier for (w/permission CB)
Locke D. Barkley
Bankruptcy Trustee


Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
190 East Capitol Street, Suite 650 (39201)
Post Office Box 98
Jackson, Mississippi  39205-0098
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467