___



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                               CHAPTER 13 CASE NO.:

ARTHADIUS LA-EARL DUDLEY                        18-11634-JDW

AGREED ORDER OVERRULING
OBJECTION TO CONFIRMATION (Dkt. #22)

THIS CAUSE came to be heard on the Objection to Confirmation (Dkt. #22) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the Court having been advised that the parties have reached an agreement with respect to the Objection and that they desire to memorialize their agreement in this Agreed Order, and being otherwise advised in the premises, the Court is of the opinion that the agreement of the parties is appropriate and should be set forth herein. The Court does hereby order and adjudicate as follows:

1. The Objection shall be and is hereby overruled.
2. The plan payment shall be set at $554.00 per month.

3. Section 5.1 of the Debtor's Chapter 13 Plan (Dkt. #9) shall be and is hereby amended to provide that nonpriority unsecured claims will be paid *pro-rata* "the funds remaining after disbursements have been made to all other creditors provided for in the plan."

4. The terms of this Agreed Order shall be applicable to any amended plan filed herein by Debtor.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick
ROBERT H. LOMENICK
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645