

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**ARTHADIUS LA-EARL DUDLEY,**                    Case No. 18-11634-JDW

**Debtor.**                                              Chapter 13
_____/

**ORDER GRANTING MOTION TO SHORTEN NOTICE TIME**
**REGARDING DEBTOR'S MOTION TO BORROW (DKT. # 49)**

This matter is before the Court on the Motion to Shorten Time regarding Debtor's[1] **Motion to Borrow**, filed on **January 31, 2019** (the "Motion to Shorten") (Dkt. # **49**). The Court has reviewed the Motion to Shorten and finds it well-taken. Accordingly, is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Motion to Shorten (Dkt. # **49**) is **GRANTED.** The Debtor shall serve a copy of the **Motion to Borrow** (Dkt. # **48**) and the Notice of the **Motion to Borrow** on all parties within three days of the entry of this Order, and the response deadline shall be the 13th day following entry of this Order.

##END OF ORDER##

---

[1] All references to "Debtor" shall refer to both debtors in a case filed jointly by two individuals.