# United States Bankruptcy Court
## Northern District of Mississippi

In re **Arthadius La-Earl Dudley**  
Debtor(s)

Case No. **18-11634**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 4, 2019**, a copy of **Notice of Motion to Borrow, Motion to Borrow, Responses Due 02/14/2019** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors on the attached mailing matrix.

**\*\*See attached matrix**

/s/Robert Lomenick  
**Robert H. Lomenick 104186**  
**Schneller & Lomenick, P.A.**  
**126 North Spring Street**  
**Post Office Box 417**  
**Holly Springs, MS 38635**  
**662-252-3224Fax:662-252-2858**  
**rlomenick@gmail.com**