

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT MISSISSIPPI

**ARTHADIUS DUDLEY**                        **CHAPTER 13**

**DEBTOR**                                  **CASE NO. 18-11634 JDW**

### ORDER FOR PERMISSION TO BORROW [DKT NO. 48]

THIS CAUSE came before the Court on a motion by Debtor for permission to borrow money for the sole purpose of obtaining a vehicle.

IT IS THEREFORE ORDERED that Debtor is granted permission to obtain a vehicle in the amount of $11,500.00 and to make payments outside the Chapter 13 Plan as they become due.

#ENDOFORDER#


**Submitted by:**

**/s/Robert H. Lomenick**
**KAREN B. SCHNELLER, MSB 6558**
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET**
**P.O. BOX 417**
**HOLLY SPRINGS, MS 39635**
**662-252-3224/karen.schneller@gmail.com**
**rlomenick@gmail.com**
**ATTORNEY FOR DEBTOR**